UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ESTATE OF MILDRED BROWN )
6701-16th Street, NW )
Washington, D.C. 20012, )
)
   Plaintiff, )
)
v. )   Civil Action No.
)
CHASE HOME FINANCE LLC )
3415 Vision Drive )   CASE NUMBER 1:05CV01643
Columbus, OH 43219, )
)   JUDGE: Rosemary M. Collyer
SEVERAL UNKNOWN AND UNNAMED )
EMPLOYEES OF DEFENDANT )   DECK TYPE: General Civil
CHASE HOME FINANCE LLC )
3415 Vision Drive )   DATE STAMP: 08/15/2005
Columbus, OH 43219, and )
)
ALEX COOPER AUCTIONEERS )
5301 Wisconsin Avenue, NW )
Suite 750 )
Washington, DC 20015, )
)
   Defendants. )
)

JURY ACTION

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Chase Home Finance LLC ("CHF") hereby removes this action pursuant to 28 U.S.C. §§ 1441, et seq., from the Superior Court of the District of Columbia, and states as follows:

1. A civil action was commenced on March 4, 2005, and is now pending in the Superior Court of the District of Columbia captioned as <u>Estate of Mildred Brown v. Chase Home Finance LLC, et al.</u>, Civil Action Number 05-0001764 (the "State Court Action"). The

LDR/152024.1

1

Complaint claims violations of state law, and requests damages of $2,650,000 and equitable relief.

2. Plaintiff, upon information and belief, is a citizen of the District of Columbia.

3. CHF is a limited liability company whose sole member is a Delaware corporation, with its principal place of business in New Jersey. For the purposes of federal diversity jurisdiction, pursuant to 28 U.S.C. § 1332, CHF is considered a citizen of Delaware or New Jersey, but not the District of Columbia.

4. Defendants "Several Unknown and Unnamed Employees of Defendant Chase Home Finance LLC" are not identified. It is improper to name John Doe Defendants, and it is not necessary to determine their citizenship for purposes of removal. To the extent that Plaintiff argues otherwise, CHF believes that there are no such employees who are citizens of the District of Columbia

5. Alex Cooper Auctioneers, Inc., upon information and belief, is a Maryland corporation with its principal place of business in Maryland.

6. This Court has original jurisdiction over this action present to 28 U.S.C. § 1332. This civil action is between citizens of different states, with complete diversity. The allegations upon which Plaintiff bases this action involve matters in controversy that exceed the sum or value of $75,000, exclusive of interest and costs. This action may thus be removed to this Court pursuant to 28 U.S.C. § 1441(a).

7. On July 25, 2005, CHF's Legal Department in Columbus, Ohio received a copy of the Complaint and Summons from the District of Columbia's Superintendent of Corporation.

8. Upon information and belief, no other defendants have been served.

9.  This Notice of Removal is being filed within thirty (30) days of the date on which CHF received a copy of the Complaint, the initial pleading setting forth the claims against Defendants and from which Defendants first became aware of the claims in this action. Annexed to this Notice, in accordance with 28 U.S.C. § 1446, are copies of all papers, pleadings, and orders received by CHF.

10. CHF will file a copy of this Notice with the Clerk of the Superior Court of the District of Columbia, in accordance with 28 U.S.C. § 1446(d).

11. Defendants expressly reserve all rights and defenses relating to Plaintiff's claims.

WHEREFORE, Chase Home Finance LLC respectfully requests that the State Court Action be removed to this Court for all purposes.

Respectfully submitted,

_____
Gary C. Tepper (D.C. Bar No. 348698)
Maha Jweied (D.C. Bar No. 490852)
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339
(202) 857-6000

Attorneys for Defendant
Chase Home Finance LLC

Dated: August 15, 2005

## CERTIFICATE OF SERVICE

I certify that I have this 15th day of August, 2005, caused the foregoing Notice of Removal to be served by mail, first class, postage prepaid, upon:

>Dalton Howard, Esquire
>Counsel for Plaintiff
>Brooks and Howard
>6701 16th Street, NW
>Washington, D.C. 20012
>
>Alex Cooper Auctioneers
>5301 Wisconsin Avenue, NW
>Suite 750
>Washington, DC 20015

_____
Maha Jweied