RECEIVED LEGAL DEPT.

JUL 2 2005

JUL 2 5 2005

COLUMBUS, OH

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS

Business Regulation Administration

*Chase Home Finance LLC*
*3415 Vision Drive*
*Columbus, OH 43219*

**In Re:** *Chase Home Finance LLC*

**To the Corporation:**

**We are enclosing herewith a duplicate copy of:**

(X) **Service of Process**          ( ) **Demand**

( ) **Legal Notice in the**          ( ) **Trail Notice**
     **above matter**

**Service was made upon the Department of Consumer and Regulatory
Affairs, for the District of Columbia, Corporation Division, on**
*April 26, 05* **and this copy is forwarded to you by certified
mail in accordance with the Code of Laws for the District of Columbia.**

**If you have any questions, please contact the Court or Attorney for
Plaintiff.**

**Sincerely,**

*Patricia E. Grays*

**Patricia E. Grays**
**Superintendent of Corporation**

05  1643

**Enclosures**

FILED

AUG 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



### *Superior Court of the District of Columbia*
### *Civil Division*

Est of Mildred Brown vs. Chase Home Finance, et.          C.A. No. 05ca001764

### INITIAL ORDER

Pursuant to D.C. Code §11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case is assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued by the judge to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to any defendant who has failed to so respond, a default and judgement will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients <u>prior</u> to the Conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Civil Assignment Office (202) 879-1750 may continue the Conference <u>once</u>, with the consent of all parties, to either of the two succeeding Fridays. Requests must be made not less than six business days before the scheduling conference date. No other continuance of the Conference will be granted except upon motion for good cause shown.

March 09, 2005            Chief Judge Rufus G. King, III

Case Assigned to:    Calendar **#11**   (Judge Natalia Combs-Greene)

Initial conference: @ 9:00am   06/10/05     Courtroom: 312 3rd Floor
                                           500 Indiana Ave., Street, N.W.
                                           Washington, D.C. 20001

7/13/00

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

he civil action case captioned at the
ght has been RESCHEDULED for a
TTLEMENT/SCHEDULING conference
fore Civil Calendar #11
dge Combs-Greene
r the date and time shown.

CASE NUMBER: '05c0001764
Est of Mildred Brown v.s. Chase Home Fi

HEARING DATE:    6/14/05 TIME: 09:00AM

TO:
05c0001764  0301A-RSJ-C128CDCK       345
Dalton Howard, Esq.
4701 16th St., N.W.
Washington, D.C.
20011

CASE REPORT TO:
COURTROOM #310 - 3rd Floor
50 Indiana Ave., NW
via Assignment Office. Phone:  (202) 879-1701
CASE REPORT MAY, UNDER CERTAIN CIRCUMSTANCES,...

## CA Form 1

# Superior Court of the District of Columbia
### CIVIL DIVISION
**500 Indiana Avenue, N.W., Room JM-170**
**Washington, D.C. 20001 Telephone: 879-1133**

Estate of Mildred Brown

*Plaintiff*

05-0001764

vs.

Civil Action No. _____

Chase Home Finance LLC
3415 Vision Drive
    Columbus, OH  43219   *Defendant*

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Dalton Howard, #213587
Name of Plaintiff's Attorney

6701 16th Street, NW                    By _____
Address                                              Deputy Clerk
Washington, DC  20012

(202) 723-5770                          Date _____
Telephone

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

IMPORTANT:  IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT.  IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT.  IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (624-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

Civil Clerk's Office

MAR _ _ 2005

Superior Court of the
District of Columbia
Washington, D.C.

| | |
|---|---|
| ESTATE OF MILDRED BROWN<br>6701-16th Street, NW<br>Washington, DC 20012,<br><br>                     Plaintiffs<br><br>      vs.<br><br>CHASE HOME FINANCE LLC<br>3415 Vision Drive<br>Columbus, OH 43219<br><br>SEVERAL UNKNOWN AND UNNAMED<br>EMPLOYEES OF DEFENDANT<br>CHASE HOME FINANCE LLC<br>3415 Vision Drive,<br>Columbus, OH 43219<br><br>      and<br><br>ALEX COOPER AUCTIONEERS<br>5301 Wisconsin Avenue, N.W.<br>Suite 750<br>Washington, DC 20015,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. **05-0001764**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT AND JURY DEMAND

Comes now plaintiff Estate of Mildred Brown, by and through counsel, and alleges as

follows:

### I.    INTRODUCTION

1.    This is an action for injunctive relief and damages based upon wrongful foreclosure,

breach of contract, negligence, and violations of the D.C. Consumer Protection Procedures Act, D. C.

Code 28-3901, et seq. (2001 ed.) hereinafter, "Consumer Act").

## II.    JURISDICTION

2.    Jurisdiction of this Court is based upon D.C. Code Sect. 11-921 (2001 ed.).

## III.    PARTIES

3.    · Plaintiff Estate of Mildred Brown is a District of Columbia Probate Estate; Eddie Best is her Personal Representative.

4.    Defendant Chase Home Finance LLC is a corporation located in Ohio which made a home loan to decedent Mildred Brown.

5.    Defendant Alex Cooper Auctioneers ("Auctioneers") is the auctioneer for the foreclosure sale.

6.    Defendants Unknown and Unnamed Employees of Defendant Chase Home Finance LLC are employees/contractors of Defendant Chase Home Finance LLC who serviced and/or had contact with subject loan.

## IV.    FACTS

7.    Decedent Mildred Brown at all relevant times had owned and resided at 1118 – 3rd Street, N.E. Washington, D.C., the subject property.

8.    Plaintiff Estate of Mildred Brown is current owner of subject property.

9.    Prior to decedent's death, defendant Chase Home Finance loaned her money which defendant Chase Home Finance now alleges that it has a first trust lien balance in the amount of approximately $38,000.00.

10.    Now defendant Chase Home Finance seeks to foreclose on this loan at 10:48 am on March 10, 2005 alleging that plaintiff owes approximately $6,000.00 not including foreclosure expenses and costs. See, Exhibit A.

-2-

11.    Plaintiff's Personal Representative has received from Defendant Chase Home Finance only one monthly payment statement with return coupon so that mortgage payments can be made.

12.    In March, 2004, Defendant Chase Home Finance's then attorney, Friedman & Mac-Fayden, forwarded a fax request to its client requesting that all monthly statements and notices be forwarded to the law office of the undersigned. (Exh. B); In May, 2003 plaintiff's present counsel also made the same request by letter to defendant's present counsel (Exh. C).

13.    Defendant Chase Home Finance only forwarded one monthly payment statement to Plaintiff's attorney; it ignored this reasonable request notwithstanding it subsequently agreed to forward all statements, notices and information to the law office of the undersigned.

14.    Upon information and belief, they did not respond to their own attorney's March, 2004 request.

15.    Interestingly enough, Defendant Chase Home Finance did, in fact, mail a prior subject foreclosure notice to Plaintiff's attorney. See, Exhibit. D.

16.    Plaintiff does not dispute the mortgage payment debt, but does believe that late charges, and foreclosure expenses and costs are unfair and illegal (Exh. E); due to the acts and omissions of all Defendants, Plaintiff is extremely hesitant to forward a mortgage payment without the coupon which is attached to the monthly statements.

17.    It is also unfair for Defendant Chase Home Finance and its employees/contractors to respond to a request for a monthly payment statement with a foreclosure notice, especially when it has personal knowledge of decedent's death, appointment of a Personal Representative, several requests to forward all future monthly payment statements and notices to Plaintiff's counsel.

18.    The instant foreclosure notice was not delivered to the law office of the undersigned; all defendants seek to deprive Plaintiff of its realty.

## V.    COUNT I
### (Wrongful Foreclosure)

19.    Plaintiff incorporates by reference paragraphs 1-18 as though fully set for the herein.

20.    Since plaintiff's mortgage payment were not current due to refusal of Defendant Chase Home Finance and its employees/contractors to provide monthly payment statements, any related foreclosure attempt would be illegal and waived.

21.    Also, the instant foreclosure notice was not properly served; it was left with the neighbor of the Personal Representative who has never resided at the subject reality; Plaintiff is entitled to 30 day's notice.

## VI.    COUNT II
### (Breach of Contract)

22.    Plaintiff incorporates by reference paragraphs 1-21 as though fully set forth herein.

23.    In the past, the decedent and Defendant Chase Home Finance entered into a contract with each other whereby Chase Home Finance loaned money to the plaintiff and the Defendant mortgage co. obtained a lien on the subject property; the plaintiff's home could not be foreclosed as long as her payments were current.

24.    All payments would have been current, but for refusal of Defendant Chase Home Finance and its employees/contractors to provide monthly statements.

25.    The foreclosure is a material breach of the contract, which caused the plaintiff to be damaged.

## VII.    COUNT III
### (Negligence)

26.    Plaintiff incorporates by reference paragraphs 1-25 as though fully set forth herein.

27.    The D.C. Code and applicable deed of trust provisions provide for a foreclosure if the borrower is in default.

28.     All lenders, their employees/contractors and auctioneers have a mandatory duty to avoid illegal foreclosures, to keep accurate records, provide all require payment related statements to the borrower, and avoid committing unlawful trade practices.

29.     All defendants breached this duty by their efforts to conduct a foreclosure sale while they frustrated Plaintiff's efforts to remain current.

30.     The failure to keep accurate records was the proximate cause of the foreclosure, which has damaged plaintiffs.

### VIII.  COUNT IV
(D.C. Consumer Protection Procedures Act)

31.     Plaintiff incorporates by reference paragraph 1-30 as though fully set forth herein.

32.     All Defendants have violated the D.C. Consumer Protection Procedures Act, D.C. Code, Sect. 28-3901, et seq.(2001 ed.) ("Consumer Act").

33.     Defendants have committed several unlawful trade practices, which include, but not limited to:

> (a)     misrepresent as to a material fact which has a tendency to mislead;
> (b)     fail to state a material fact if such failure tends to mislead;
> (c)     harass, or threaten a consumer with any act other than legal process, either by telephone, cards, or letters;
> (d)     fail to supply to a consumer a copy of a sales or service contract, lease, promissory note, trust agreement or other evidence of indebtedness which the consumer may execute; and
> (e)     make or enforce unconscionable terms or provisions of sales or leases.

WHEREFORE, plaintiff prays that this Honorable Court:

1.     Award plaintiff judgment under Court I in the amount of $250,000.00 against all defendants, and will also award plaintiff temporary, preliminary and permanent injunctive relief;

2.    Award plaintiff judgment under Count II in the amount of $250,000.00 against all defendants;

3.    Award plaintiff judgment under Count III in the amount of $250,000.00 against all defendants;

4.    Award plaintiff judgment under Count IV for treble damages;

5.    Award plaintiff punitive damages in the amount of $400,000.00 for defendants' wanton, reckless, contemptuous and vexations conduct;

6.    Award reasonable attorney's fees; and

7.    Grant such further relief as it deems just and equitable.

### JURY DEMAND

Plaintiff demands trial by jury on all issues.

Respectfully submitted,

Calvin Brooks, #86116

Dalton Howard, #213587
Brooks and Howard
6701 16th Street, NW
Washington, DC 20012
(202) 723-5770

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Application for TRO/Preliminary Injunction, Affidavit, Memorandum of Law, two Orders, Exhibits, and Certificate was delivered on March 10, 2005 to Stephen J. Kushnir, Esq., Attorney for defendants, at:

Draper & Goldberg, PLLC
803 Sycolin Road
Leesburg, VA 20175

Dalton Howard, #213587
Attorney for Plaintiff

- 6 -



David W. Draper, Jr. (DC, MD, VA)
. Darren Goldberg (DC, MD, VA)

ohn A. Ansell III (MD)
ames E. Clarke (DC, FL, MD, VA)
:eil F. Dignon (DE)
.cott R. Grigsby (CO, DC, GU, III, MD, SC)
stephen J. Kushair (DC, VA)

**DRAPER & GOLDBERG**
ATTORNEYS AT LAW, PLLC

803 Sycolin Road
Leesburg, Virginia 20175
Telephone: 703-777-2448
Facsimile: 703-940-9112
http://www.drapgold.com/

Peter N. Lobasso (DC, NY, VA)
Roxanne F. Rosado (CA, VA)
Robert A. Oliveri Jr. (VA)
Rita Ting-Hopper (CA, DC, MD)
Angela S. Watson (WV)

Thomas D.H. Barnett (DE)
(Of Counsel)

February 2, 2005

BY CERTIFIED MAIL RETURN RECEIPT REQUESTED and FIRST CLASS MAIL

Eddie G Best
Personal Representative of Mildred Brown
4609 Kane Pl., NE
Washington, DC 20019

RE:     Our File No.          86949
        Property Address:     1118 3rd Street NE
                              Washington , DC 20002

Dear Mr. Best:

Please be advised that we have been requested by Chase Manhattan Mortgage Corporation ("Servicer") to foreclose on the Property described above ("Property"). The Property is encumbered by a Deed of Trust, the security for a promissory note in the original principal amount of $35,787.00 payable to the Lender.

We are hereby notifying you that a foreclosure sale of the Property will take place on the date, time, place, and terms as per the enclosed Notice of Foreclosure, and the Property will be sold then and there to the highest bidder. A copy of this letter is being sent to you by certified and regular mail.

If you wish to obtain updated payoff or reinstatement figures, you may make your request by any of the means listed below:

Web Site:    www.drapgold.com
E-mail:      po@drapgold.com   (for payoff figures)
             ri@drapgold.com    (for reinstatement figures)
Facsimile:   (703) 940-9112
Telephone:   (703) 777-2448

Figures will be sent to the property address unless otherwise specified in writing and signed by the mortgagor. Please be advised that processing a request for an updated payoff or reinstatement quote may require up to ten (10) business days. If you seek to satisfy or reinstate your loan prior to a scheduled foreclosure sale date, you are urged to request the figures immediately, as time is of the essence.

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Sincerely,

Draper & Goldberg, PLLC

Enclosure - Copy of Notice of Foreclosure                    EXHIBIT    A

GOVERNMENT OF THE DISTRICT OF COLUMBIA
**DEPARTMENT OF FINANCE AND REVENUE**



RECORDER OF DEEDS

515 "D" STREET, N.W.
WASHINGTON, DC 20001

## NOTICE OF FORECLOSURE SALE OF REAL PROPERTY
## OR CONDOMINIUM UNIT

(Pursuant to Public Law 90-566, approved October 12, 1968)

TO: (List Name and address of each owner of the real property encumbered by said deed of trust, mortgage, or security instrument.)

Eddie G. Best, Personal Representative for the Estate of Mildred Brown
1118 3rd St., NE, Washington, DC 20002; 4609 Kane Pl., NE, Washington, DC 20019

Spouse of Mildred Brown
1118 3rd St., NE, Washington, DC 20002

FROM: L. Darren Goldberg, Esq.                       PHONE: 703-777-2448

YOU ARE HEREBY NOTIFIED THAT IN ORDER TO SATISFY THE DEBT SECURED BY THE DEED OF TRUST, MORTGAGE, OR OTHER SECURITY INSTRUMENT, THE REAL PROPERTY OR CONDOMINIUM UNIT HEREIN DESCRIBED WILL BE SOLD AT A FORECLOSURE SALE TO BE HELD AT THE OFFICE OF Alex Cooper Auctioneers, Inc., 5301 Wisconsin Ave., N.W., Suite 750, Washington, DC 20015, ON March 10, 2005 at 10:48 AM THIS SALE DATE IS SUBJECT TO POSTPONEMENT FOR A PERIOD NOT TO EXCEED THIRTY (30) CALENDAR DAYS FROM THE ORIGINAL DATE OF FORECLOSURE SALE, AFTER WHICH THIS NOTICE OF FORECLOSURE SHALL EXPIRE.

Security Instrument recorded in the land records of the District of Columbia at the Recorder of Deeds on February 4, 1997.

Liber: _____, Folio: _____    Instrument No. 6843_____

Maker(s) of Note secured by the instrument:
Mildred Brown (deceased)
1118 3rd St., NE, Washington, DC 20002

Description of Property:_____ dwelling ·_____
(two-story brick, dwelling, apartment building, vacant lot, condominium unit, etc.)

Address: 1118 3rd St., NE, Washington, DC 20002_____

Lot & Square No. 74 / 748_____ or Parcel No:_____

Holder of the Note: Chase Home Finance LLC
c/o Draper & Goldberg, P.L.L.C., L. Darren Goldberg, Esq.
803 Sycolin Road, Leesburg, VA 20175

Balance owed on the note: $37,461.27, plus accrued attorney fees, costs, and other sums which may accrue prior to sale.

Minimum balance required to cure default obligations pursuant to D.C. Law 5-82 "Right to Cure a Residential Mortgage Foreclosure Default Act of 1984." $6,034.88 plus attorney fees and costs and other sums which may accrue prior to sale.

Person to contact to stop foreclosure sale: L. Darren Goldberg, Esq. c/o Sales Desk, Draper & Goldberg P.L.L.C., 803 Sycolin Road, Leesburg, VA 20175 703-777-2448
(Address)                                                              (Phone Number)

(over)

*************************************************************************

I, hereby certify that a Notice of Foreclosure Sale was sent to the present owner(s) of the real property encumbered by said deed of trust, mortgage, or other security instrument described above, by certified mail, return receipt required on February 4, 2005; and I further certify that I understand that Public Law 90-566 prohibits any foreclosure sale under a power of sale provision contained in any deed of trust, mortgage, or other security instrument until after the owner(s) of the real property encumbered by said deed of trust, mortgage, or security instrument has been given written notice of such sale, and the Recorder of Deeds, D.C. has received a copy of such notice at least 30 days in advance of such sale.

February 4, 2005                    _Debbie A. Morgan_____ , agent
(Date)                              (Signature of the Noteholder or his agent)


I, _Jody S. Krieger_, a Notary Public in and for _the County of Montgomery, State of_

_Maryland_, DO HEREBY CERTIFY THAT _Debbie A. Morgan_ party/ies to this Notice of

Foreclosure Sale bearing date on the _4th_ day of _February, 2005_ personally appeared

before me and executed the said Notice of Foreclosure Sale and acknowledged the

same to be his/her/their act and deed.

        Given under my hand and seal this the _4th_ day of _February, 2005_.


                                    _Jody Skrieger_
                                    Notary Public


                                    My commission expires _12/06/05_

ROD form ADM/04
Revised   1/86

AFTER RECORDING RETURN TO:

L. Darren Goldberg, Esq.
Draper & Goldberg, P.L.L.C.
P.O. Box 6177
Leesburg, VA  20178
703-777-2448
Matter No. 86949


Alex Cooper Auctioneers, Inc.
Folio No. W-5122

                                    JODY S. KRIEGER
                                    NOTARY PUBLIC
                                    COUNTY OF MONTGOMERY
                                    STATE OF MARYLAND

LAW OFFICES

*Friedman & MacFadyen, P.A.*

ALVIN E. FRIEDMAN*
KENNETH J. MacFADYEN
MARK H. FRIEDMAN*
MICHAEL T. CANTRELL*
DANIEL B. MENCHEL*
JAMES J. LOFTUS*
STEPHEN B. WOOD**
JORDANA WEBER*
KATHRYN D. CLAYPOOLE
DAVID B. MENTZ*

*ADMITTED TO PRACTICE IN MD & D.C.
**ADMITTED TO PRACTICE IN VA

THOMAS BUILDING, SUITE 100
250 EAST RICHMOND STREET
BALTIMORE, MARYLAND 21202-3300

(410) 504-1768
FAX (410) 727-1752

PLEASE REPLY TO BALTIMORE ____ ✓
PLEASE REPLY TO VIRGINIA ____

SAMUEL S. LEVIN
(1897-1979)

D. C. OFFICE
3301 WISCONSIN AVENUE N. W.
SUITE 750
WASHINGTON, D. C. 20015

VIRGINIA OFFICE
1601 ROLLING HILLS DRIVE
SURRY BUILDING, SUITE 175
RICHMOND, VIRGINIA 23229
(804) 288-0088
FAX (804) 288-0052

## TELEFAX COMMUNICATION

**DATE:**    March 11, 2003

**TO:**    Customer Request Response @ Chase Manhattan Mortgage Corp.

**FAX #:**    614-422-7575

**FROM:**    Barbara A. LaTortue __ Ext. #304

**RE:**    CHANGE OF ADDRESS
Loan #1906035620-MILDRED BROWN (deceased)
Property Address: 1118 3RD Street, NE, Washington, DC
Our file #528893

NUMBER OF PAGES (including this cover page): 5

### MESSAGE

This is to inform you that the above noted loan number in the name of Mildred Brown is deceased. A Personal Representative (PR) has been appointed, Mr. Eddie G. Best, Jr. (brother of deceased). The attorney, Brooks & Howard, of the PR is requesting that all monthly mortgage statements, invoices, notices be forwarded to their (attorney's) office.

Following is a copy of the letter of request and the Abbreviated Probate Order appointing Mr. Edie G. Best, Jr. as PR.

If you have any questions concerning the following documents, please feel free to contact my office at the above number.

Thank you.

cc: Brooks & Howard
    Washington, DC 20012
    Fax #: 202-723-7103 w/o following documents

EXHIBIT   B

**BROOKS & HOWARD**
ATTORNEYS AT LAW

6701 SIXTEENTH STREET, N.W.
WASHINGTON, D.C. 20012

CALVIN BROOKS
DALTON HOWARD

May 28, 2003

TELEPHONE
1 (202) 723-6170
1 (202) 723-4602
FAX
1 (202) 723-7107

Mr. Troy Marine
Draper & Goldberg
803 Sycolin Road
Suite 301
Leesburg, VA  20175

Re:    Draper v. Brown, Mildred
       1118   3rd St., NE
       Washington, D.C.

Dear Mr. Marine:

This is a letter of representation. We are enclosing a cashiers' check in the amount of $5,681.11 to reinstate this Chase Manhattan Mortgage Corporation home loan. Please have your client forward all future bills, statements and notices to our law office. Please use our letterhead address.

Thank you

Sincerely,

Dalton Howard

Enclosure

cc:    Eddie Best Jr.

**EXHIBIT    C**



David W. Draper, Jr (DC, MD, VA)
L. Darren Goldberg (DC, MD, VA)

Shawn D. Bartley (MD)
Deepa Bhattacharyya (DC, CA, MD)
William L. Chambers (DE, NM, VA)
James E. Clarke (DC, FL, MD, VA)

**DRAPER & GOLDBERG**
ATTORNEYS AT LAW, PLLC

803 Sycolin Road, Suite 301
Leesburg, Virginia 20175
Telephone: 703-777-7101
Facsimile: 703-940-9110
http://www.drapgold.com/

Stephen J. Kushnir (DC, VA)
Carl B. McGehee (GA)
Kenneth L. McWilliams (DC, VA)
Rita Ting-Hopper (CA, MD)
Michael P. Wise (DC, VA)

Thomas D.H. Barnett (DE)
(Of Counsel)

May 13, 2003

Estate of Mildred Brown
C/o Dalton Howard, Esquire

Re:    Chase Manhattan Mortgage Corporation v. Estate of Mildred Brown
       Our File No: 86949DC
       Property Address: 1118 3rd Street NE
                         Washington, DC 20002

Dear Mr. Howard,

The amount to reinstate the above account is as follows:

| | | |
|---|---|---|
| BALANCE OF ACCUMULATED PAYMENTS DUE | $ | 2,699.61 |
| LATE CHARGES | $ | 108.00 |
| PROPERTY MAINTENANCE / INSPECTION | $ | 129.00 |
| ATTORNEY FEES & COSTS | $ | 2,744.50 |
| TOTAL | $ | 5,681.11 |

This amount is good through: May 30, 2003. Please call our office after that date for new figures.

PLEASE NOTE: PERSONAL CHECKS ARE UNACCEPTABLE. ALL FUNDS MUST BE SUBMITTED IN THE FORM OF A CASHIERS CHECK

Please make your cashiers check payable to: CHASE MANHATTAN MORTGAGE CORPORATION

Please mail the above cashiers check to: Draper & Goldberg, P.L.L.C.
                                         803 Sycolin Road, Suite 301
                                         Leesburg, Virginia 20175

This notice is an attempt to collect a debt, and any information will be used for that purpose.

*The calculations of sums due set forth in this correspondence are supplied for information purposes only. All figures and calculations must be verified. To the extent that the arithmetic does not equate to the total sum of the line items, the figures provided may not be relied upon and you must contact our office immediately to obtain revised figures.

*Fees and costs included in these reinstatement or payoff figures may include amounts for a current proceeding. In such case, fees and costs are estimated by our office and this estimate reflects the total fees and costs which our office projects will be accrued by the good through date of this letter.

Bank of America

Cashier's Check

No. 0020780

87-14-3774H 10-2002

Bank of MINNESOTA AVENUE
Center

3018802  08012 · 0020780

Date    MAY 27, 2004 VOID AFTER 90 DAYS

EDDIE BEST
Remitter (Purchaser Buy)

**FIVE THOUSAND SIX HUNDRED EIGHTY ONE DOLLARS AND 11 CENTS**

To
The **CHASE MANHATTAN MORTGAGE CORP**
Order
Of ****

$    **5681.11**

Authorized Signature

Bank of America, N.A.
San Antonio, Texas

⑈ THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK

"OO 20780"  I:114000019I:  0018410012390"

THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK

LAW OFFICES

## Friedman & MacFadyen, P.A.

ALVIN E. FRIEDMAN*
KENNETH J. MACFADYEN
MARK H. FRIEDMAN*
MICHAEL T. CANTRELL*
DANIEL B. MENCHEL*
JAMES J. LOFTUS*
STEPHEN B. WOOD**
JORDANA WEBER**
KATHRYN D. CLAYPOOLE
DAVID B. MINTZ*

*ADMITTED TO PRACTICE IN MD & D. C.
**ADMITTED TO PRACTICE IN VA

TOTMAN BUILDING—SUITE 400
210 EAST REDWOOD STREET
BALTIMORE, MARYLAND 21202-3599

(410) 685-1763
FAX (410) 727-1759

PLEASE REPLY TO BALTIMORE _____
PLEASE REPLY TO VIRGINIA _____

SAMUEL S. LEVIN
(1897-1979)

D. C. OFFICE
5301 WISCONSIN AVENUE N. W.
SUITE 750
WASHINGTON, D. C. 20015

VIRGINIA OFFICE
1601 ROLLING HILLS DRIVE
SURRY BUILDING, SUITE 125
RICHMOND, VIRGINIA 23229
(804) 288-0088
FAX (804) 288-0052

August 4, 2004

Mr. Dalton Howard, Esquire
6701 16th Street, NW
Washington, DC  20012

Re: 1118 3rd Street, NE
    Our File No.: 529916
    Ms. Mildred Brown (Deceased)

Dear Mr. Howard:

Enclosed herewith please find a copy of the Notice of Sale with reference to the above captioned property spelling out the terms and conditions of said foreclosure sale.

The sale is scheduled for Wednesday, September 8, 2004 at 11:15 a.m., in the office of Alex Cooper Auctioneers, Inc., 5301 Wisconsin Avenue, N.W., Suite 750, Washington, D.C. 20015.

In the event you have any questions with respect to the above, kindly contact me at your convenience.

Very truly yours,

FRIEDMAN & MacFADYEN, P.A.

Alvin E. Friedman

AF:tng
Enclosures

CERTIFIED MAIL - RETURN RECEIPT REQUESTED
FIRST CLASS MAIL

EXHIBIT   D

File No.: 529916    DEPARTMENT OF FINANCE AND REVENUE



Recorder of Deeds                                        515 D STREET, NORTHWEST
                                                        WASHINGTON, D. C. 20001 · 7

NOTICE OF FORECLOSURE SALE OF REAL PROPERTY
OR CONDOMINIUM UNIT

(Pursuant to Public Law 90-566, approved October 12, 1968)

TO : (List Name and address of each owner of the real property
      encumbered by said deed of trust, mortgage, or security
      instrument.)

      Mr. Eddie G. Best, Jr. Personal Representative of the Esatate
      of Mildred Brown (Deceased)
Property: 1118 3rd Street, NE, Washington, DC  20002
Mailing : 1113 3rd Street, NE, Washington, DC  20002


FROM: Alvin E. Friedman, Esquire _____ PHONE: (410)685-1763 _____

      YOU ARE HEREBY NOTIFIED THAT IN ORDER TO SATISFY THE DEBT
      SECURED BY THE DEED OF TRUST, MORTGAGE, OR OTHER SECURITY
      INSTRUMENT, THE REAL PROPERTY OR CONDOMINIUM UNIT HEREIN
      DESCRIBED WILL BE SOLD AT A FORECLOSURE SALE TO BE HELD ON
      Wednesday, September 8, 2004 11:15 a.m. AT THE OFFICE OF Alex
      Cooper Auctioneers, 5301 Wisconsin Avenue, N.W., Suite 750
      Washington, D.C. 20005 THIS SALE DATE IS SUBJECTED TO
      POSTPONEMENT FOR A PERIOD NOT TO EXCEED THIRTY (30) CALENDAR
      DAYS FROM THE ORIGINAL DATE OF FORECLOSURE SALE, AFTER WHICH
      THIS NOTICE OF FORECLOSURE SHALL EXPIRE.

Security Instrument recorded in the land records of the District
of Columbia at the Recorder of Deeds on February 4, 1997.

Liber: _n/a_    Folio: _n/a_    Instrument No. 6843

Maker(s) of Note secured by the instrument: Mildred Brown(Deceased)
                    1113 3rd Street, NE, Washington, DC  20002
      Phone Number        Last known address

Description
of Property: _Residential_
            (two-story brick, dwelling, apartment building, vacant
            lot, condominium unit, etc.)
Address:    1118 3rd Street, NE, Washington, DC  20002

Lot & Square No: 0074 _____ / 0748 _____    or Parcel No: n/a _____

Holder of the Note: Chase Manhattan Mortgage Corporation, c/o
Friedman & MacFadyen, P.A.
                    (Name)

(410)685-1763          210 E. Redwood Street, Baltimore, MD  21202
(Phone Number)        (Address)

Balance owed on the note : $38,996.02 approx plus all foreclosure
                           fees & costs through September 8, 2004

Minimum balance required to cure default obligation pursuant to
D.C. Law 5-82 "Right to Cure a Residential Mortgage Foreclosure
Default Act of 1984." $5,903.17 approx plus all foreclosure fees &
                           costs through September 8, 2004

Person to contact
to stop foreclosure sale: Alvin E. Friedman, Esquire _____
                          (Name)

Friedman & MacFadyen, P.A., 210 E. Redwood Street, Baltimore, MD  21202    (410)685-1763
(Address)                                                    (Phone Number)

( OVER )

I, hereby certify that a Notice of Foreclosure Sale was sent to the present owner(s) of the real property encumbered by the said deed of trust, mortgage, or other security instrument described above, by certified mail, return receipt required on August 4, 2004 ; and I further certify that I understand that Public Law 90-566 prohibits any foreclosure sale under a power of sale provision contained in any deed of trust, mortgage or other security instrument until after the owner(s) of the real property encumbered by said deed of trust, mortgage, or security instrument has been given written notice of such sale, and the Recorder of Deeds, D.C. has received a copy of such notice at least 30 days in advance of such sale.

8/4/04

_____          _____
(Date)                           (Signature of the Noteholder or his agent)

I, Terry J. Vanover, a Notary Public in and for Harford County, Do HEREBY CERTIFY THAT <u>Alvin B. Friedman, James J. Loftus, Daniel Menchel</u> , party/ies to this Notice of Foreclosure Sale bearing date on the August 4, 2004 personally appeared before me and executed the said Notice of Foreclosure Sale and acknowledged the same to be his/her/their act and deed.

Given under my hand and seal this the August 4, 2004 .

Terry J. Vanover, Notary Public.

My Commission Expires: 04/12/2006

# BROOKS & HOWARD LAW OFFICE

### 6701 - 16th ST. N.W. - Washington, D.C. 20012

# *FAX SHEET*

**Date:** 2/3/05

**Time:**

**To:** HAVEL

**Phone:** (800) 446-8939

CHASE LOSS MITIGATION

**Fax:** (858) 605-3006

**From:** DALTON HOWARD, ESQ.
Brooks & Howard Law Office

**Phone:** 202-723-5770
202-723-4602

**Re:** ESTATE OF MILDRED BROWN
LOAN #1906035620
EDDIE BEST, PERSONAL REPRESENTATIVE

**Fax:** 202-723-7103

**CC:**

**Number of pages including cover sheet:** 2

**Message:**
I need to discuss the Miscellaneous Fees. We contest them.

Thank you.

The contents of this transmission are confidential and privileged pursuant to the attorney client and work product privileges.

EXHIBIT E