UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**FILED**
AUG 15 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ESTATE OF MILDRED BROWN,

Plaintiff,

v.

CHASE HOME FINANCE, LLC,
et al.,

Defendants.

CASE NUMBER 1:05CV01643

JUDGE: Rosemary M. Collyer

DECK TYPE: General Civil

DATE STAMP: 08/15/2005

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Defendant Chase Home Finance("CHF"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of CHF which have outstanding securities in the hands of the public:

JP Morgan Chase & Co.

These representations are made in order that judges of this court may determine the need for recusal.

Gary C. Tepper, Bar No. 348698
Maha Jweied, Bar No. 490852
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Tel.:  (202) 857-8982
email: Tepperg@Arentfox.com
fax:   (202) 857-6395

Attorneys for Defendant
Chase Home Finance LLC

Dated: August 15, 2005