UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF MILDRED BROWN, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 1:05-cv-1643 <br> ) |
| CHASE HOME FINANCE, LLC, et al., | ) <br> ) |
| Defendants. | ) <br> ) |

## ANSWER OF DEFENDANT CHASE HOME FINANCE LLC

Defendant Chase Home Finance LLC ("CHF") hereby answers the Complaint. As to the numbered paragraphs of the Complaint, CHF responds as follows:

1. Denied.

2. Admitted.

3. CHF is without sufficient information to admit or deny the allegations in paragraph 3 of the Complaint, and thus denies such allegations.

4. Denied. However, CHF admits that its principal place of business is in Ohio, that it was servicing a loan made to Mildred Brown, and that it was and is a holder of the Note evidencing such loan.

5. CHF is without sufficient information to admit or deny the allegations in paragraph 5 of the Complaint, and thus denies such allegations.

6. CHF is without sufficient information to admit or deny the allegations in paragraph 6 of the Complaint, and thus denies such allegations.

7. CHF is without sufficient information to admit or deny the allegations in paragraph 7 of the Complaint, and thus denies such allegations.

LDR/152217.1

8. CHF is without sufficient information to admit or deny the allegations in paragraph 8 of the Complaint, and thus denies such allegations.

9. Denied.

10. Exhibit A speaks for itself. CHF otherwise denies the allegations in paragraph 10 of the Complaint.

11. CHF is without sufficient information to admit or deny the allegations in paragraph 11 of the Complaint, and thus denies such allegations.

12. CHF is without sufficient information to admit or deny the allegations in paragraph 12 of the Complaint, and thus denies such allegations.

13. Denied.

14. Denied.

15. CHF is without sufficient information to admit or deny the allegations in paragraph 15 of the Complaint, and thus denies such allegations.

16. CHF is without sufficient information to admit or deny the allegations in paragraph 16 of the Complaint, and thus denies such allegations.

17. Denied.

18. Denied.

19. CHF realleges paragraphs 1-18 herein.

20. Denied.

21. CHF is without sufficient information to admit or deny the allegations in paragraph 21 of the Complaint, and thus denies such allegations.

22. CHF realleges paragraphs 1-21 herein.

23. CHF is without sufficient information to admit or deny the allegations of paragraph 23 of the Complaint, and thus denies such allegations.

24. Denied.

25. Denied.

26. CHF realleges paragraphs 1-25 herein.

27. Paragraph 27 of the Complaint is a legal conclusion to which no response is necessary.

28. Paragraph 28 of the Complaint is a legal conclusion to which no response is necessary. Denied, to the extent paragraph 28 alleges any facts.

29. Denied.

30. Denied.

31. CHF realleges paragraphs 1-30 herein.

32. Denied.

33. Denied.

### FIRST DEFENSE

Plaintiff fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

Plaintiff's claim is untimely.

### THIRD DEFENSE

Plaintiff's claims are barred by waiver and estoppel

### FOURTH DEFENSE

Plaintiff lacks standing.

**FIFTH DEFENSE**

Plaintiff lacks juridical capacity.

**SIXTH DEFENSE**

Plaintiff's alleged non-receipt of payment coupons does not excuse Plaintiff's and decedent's obligation to comply with the terms of the decedent's loan obligations.

**SEVENTH DEFENSE**

Plaintiff's claims are barred in whole or in part by the equitable doctrine of unclean hands.

**EIGHTH DEFENSE**

Prior material breach by Plaintiff or decedent of the promissory note and/or deed of trust discharges or excuses any reciprocal obligation of CHF.

          /s/
Gary C. Tepper, D.C. Bar No. 348698
Maha Jweied  D.C. Bar No. 490852
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5339
Tel.:   (202) 857-8982
email: Tepperg@Arentfox.com
fax:    (202) 857-6395

Attorneys for Defendant Chase Home Finance LLC

Dated:  August 19, 2005

LDR/152217.1     4

## **CERTIFICATE OF SERVICE**

I certify on this 19th day of August, 2005, that I caused the foregoing Answer of Defendant Chase Home Finance LLC to be served through the ECF and by mail upon:

> Calvin Brooks
> Dalton Howard
> Brooks & Howard
> 6701 16th Street, NW
> Washington, DC  20012

                                              /s/