UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ESTATE OF MILDRED BROWN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHASE HOME FINANCE LLC, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-1643 (RMC) |

## ORDER TO SHOW CAUSE

Plaintiff filed a complaint in this matter in D.C. Superior Court in March 2005, naming Chase Home Finance LLC and Alex Cooper Auctioneers as defendants, and seeking injunctive relief to prevent a foreclosure sale scheduled for March 10, 2005, as well as damages. Chase was not served until July 25, 2005; it removed the action to this Court on August 15, 2005, and filed an answer on August 19, 2005. Chase's notice of removal states that, "[u]pon information and belief, no other defendants have been served." Further, no summons have been issued by this Court, and the docket does not reflect that Alex Cooper Auctioneers was ever served. There has been no activity in this matter since August 2005. Accordingly, it is hereby

**ORDERED** that, on or before **May 4, 2006**, Plaintiff shall **SHOW CAUSE** why the Court should not dismiss this action pursuant to Local Rule 83.23 for failure to prosecute.

**SO ORDERED**.

Date: April 13, 2006                                         /s/
                                                                    ROSEMARY M. COLLYER
                                                                    United States District Judge