**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ESTATE OF MILDRED BROWN, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 1:05-cv-1643 |
|  | ) |
| CHASE HOME FINANCE LLC, et al., | ) |
|  | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that pursuant to Local Rule 83.6(b), Maha Jweied of Arent Fox PLLC hereby withdraws her appearance as counsel for Chase Home Finance LLC ("Defendant"). Defendant will continue to be represented by Gary C. Tepper (D.C. Bar No. 348698) of Arent Fox PLLC, 1050 Connecticut Avenue, N.W., Washington, D.C. 20036.

Respectfully submitted,

/s/ Maha Jweied
Gary C. Tepper (D.C. Bar No. 348698)
Maha Jweied (D.C. Bar No. 490852)
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5339
(202) 857-6000

Dated: June 20, 2006

Attorneys for Defendant
Chase Home Finance LLC

LDR/176312.1

-2-

**CERTIFICATE OF SERVICE**

    I certify that I have this 20th day of June, 2006, caused the foregoing Notice of Withdrawal to be served by first class mail, postage prepaid upon:

>Dalton Howard, Esquire
>Counsel for Plaintiff
>Brooks and Howard
>6701 16th Street, NW
>Washington, D.C.  20012
>
>Alex Cooper Auctioneers
>5301 Wisconsin Avenue, NW
>Suite 750
>Washington, DC 20015

          /s/ Maha Jweied

LDR/176312.1      -2-