UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ESTATE OF MILDRED BROWN,**<br><br>Plaintiff,<br><br>v.<br><br>**CHASE HOME FINANCE LLC,** *et al.***,**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1643 (RMC)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Plaintiff filed a complaint in this matter in D.C. Superior Court in March 2005, naming Chase Home Finance LLC and Alex Cooper Auctioneers as defendants, and seeking injunctive relief to prevent a foreclosure sale scheduled for March 10, 2005, as well as damages. Chase was not served until July 25, 2005; it removed the action to this Court on August 15, 2005, and filed an answer on August 19, 2005. Chase's notice of removal states that, "[u]pon information and belief, no other defendants have been served." Further, no summons have been issued by this Court, and the docket does not reflect that Alex Cooper Auctioneers was ever served. There has been no activity in this matter since August 2005.

On April 15, 2006, the Court ordered Plaintiff to show cause why this action should not be dismissed pursuant to Local Rule 83.23 for failure to prosecute. The May 4, 2006, deadline came and went without a response. Accordingly, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice pursuant to Local Rule 83.23 for failure to prosecute.

**SO ORDERED**.

Date: August 25, 2006                              /s/
                                    ROSEMARY M. COLLYER
                                    United States District Judge